

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION   MAGISTRATE JUDGE DENLOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08CR 679 |
| v. | ) |
| | ) |
| JUAN M. GARCIA | ) Violation: Title 18 United |
| | ) States Code, Section 1703(b) |
| | ) |

FILED

AUG 2 7 2008
AUG 27, 2008 cm
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about July 30, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

JUAN M. GARCIA,

defendant herein, being a United States Postal Service employee, namely a casual mail clerk at the Cardiss Collins Processing and Distribution Center, did knowingly and intentionally and without authority, improperly detain, delay and open mail not directed to him, namely approximately one piece of first-class mail addressed to Individual A and containing a merchant gift card valued at $25.00;

In violation of Title 18, United States Code, Section 1703(b).

*Patrick J. Fitzgerald* by VJP
UNITED STATES ATTORNEY